IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-30228
_____

IFEANYI CHARLES ANTHONY OKPALOBI, doing business as Gentilly
Medical Clinic for Women

                                        Plaintiff-Appellee
and

CAUSEWAY MEDICAL SUITE; BOSSIER CITY MEDICAL SUITE; HOPE MEDICAL
GROUP FOR WOMEN, DELTA WOMEN'S CLINIC; WOMEN'S HEALTH CLINIC; JAMES
DEGUERCE; A JAMES WHITMORE, III

                                        Intervenors-Appellees
                            versus

MIKE FOSTER, Governor of the State of Louisiana; STATE OF
LOUISIANA, Substituted in place of Kenneth Duncan, Treasurer of the
State of LA

                                        Defendants-Appellants
                        - - - - -
        Appeal from the United States District Court for the
                Eastern District of Louisiana
                        - - - - -

    (Opinion September 17, 1999, 5 Cir., 1999, _____F.3d____)

                        (January 6, 2000)

Before KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
      SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
      BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

        A majority of the judges in active service having

determined, on the court's own motion, to rehear this case en banc,

        IT IS ORDERED that this cause shall be reheard by the court

en banc with oral argument on a date hereafter to be fixed.  The

Clerk will specify a briefing schedule for the filing of

supplemental briefs.